UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. **6:10-CR-11 MJS**

U.S.A.
v.

KELLY FURMANEK

**JUDGMENT and ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
         _____
         City           State           Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: _____     _____
                         Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ **1,955.00**          (✓) **Penalty ASSESSMENT** of $ **45.00**

( ) **PROCESSING Fee** of $ _____     for a **TOTAL AMOUNT** of $ **2,000.00**,

paid within **12 months**    ~~xxxxxxxxxxxx~~ OR payments of $ _____ per month, commencing
_____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B..**

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be unsupervised / supervised for: **12 months UNSUPERVISED PROBATION with terms and conditions.  Monetary penalties to be paid by end of probationary period.**

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

☐ CENTRAL VIOLATIONS BUREAU        ☐ CLERK, U.S.D.C.           ✓ CLERK, U.S.D.C.
   PO Box 70939                       501 'I' St., #4-200          2500 Tulare St., Rm 1501
   Charlotte, NC 28272-0939           Sacramento, CA 95814         Fresno, CA 93721
   1-800-827-2982

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: **2/1/2011**            /s/ Michelle Means Rooney, Deputy Clerk
                          for:  U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007